Martha Evans, Plaintiff-Appellee, v. Richard J. Daley, Mayor of the City of Chicago and Local Liquor Control Commissioner, John Marcin, City Clerk of the City of Chicago, and William T. Prendergast, City Collector of the City of Chicago, Defendants-Appellants.

Gen. No. 53,535. 

First District, Fourth Division.

February 25, 1970.

 Raymond F. Simon, Corporation Counsel of City of Chicago (Marvin E. Aspen and Henry N. Novoselsky, Assistant Corporation Counsel, of counsel), for appellants; no brief for appellee. Opinion by PRESIDING JUSTICE STAMOS. Not to be published in full.